**Order entered October 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01169-CR

**ANDRES DANIEL VERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-1576839-I**

## ORDER

The State's second motion for extension of time to file brief is GRANTED. The State's brief is **DEEMED** filed October 20, 2017.

/s/    DAVID L. BRIDGES
          PRESIDING JUSTICE